UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CAROLYN PATTON

    Plaintiff,

V.                                      CIVIL ACTION NO
                                          1:08-cv-00885-WMN

AMERICA'S NETWORK, INC.

    Defendant.                          MAY 21, 2008


## STIPULATION FOR DISMISSAL

The plaintiff through her attorney Bernard T. Kennedy, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                                                      THE PLAINTIFF

                                                BY/S/Bernard T. Kennedy
                                                  Bernard T. Kennedy, Esquire
                                                  207 Miles River Court
                                                  Odenton, MD 21113
                                                  Ph   (410) 305-4000
                                                  Fax (410) 305-4005
                                                  Fed. Bar # Md26843
                                                  bernardtkennedy@yahoo.com

## **CERTIFICATION**

I hereby certify that on 5/21/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy